

**NUMBER 13-12-00389-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**WILLIAMS FARMS PRODUCE SALES, INC.,** **Appellant,**

**v.**

**R & G PRODUCE COMPANY,** **Appellee.**

---

**On appeal from the County Court at Law No. 1
of Cameron County, Texas.**

---

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

Appellant, Williams Farms Produce Sales Inc., seeks to appeal from the trial court's entry of a contempt order. Appellee, R&G Produce Co., has filed a motion to dismiss the appeal, arguing that this Court lacks subject matter jurisdiction. We agree with appellee. *See In re Office of AG*, 215 S.W.3d 913, 916 (Tex. App.—Fort Worth 2007, no pet.) ("A contempt judgment may be attacked by a petition for writ of habeas

corpus (if the contemnor is confined) or a petition for writ of mandamus (if no confinement is involved); however, because a contempt order is not a final judgment, a remedy by appeal does not lie.") (citations omitted); *see also Beeler v. Fuqua*, 351 S.W.3d 428, 433-34 (Tex. App.—El Paso 2011, pet. denied) ("A contempt order must be challenged in an original proceeding.").

Because we do not have jurisdiction to consider appellant's complaint regarding the contempt order by appeal, we DISMISS this appeal for want of jurisdiction. All pending motions are denied as moot.

PER CURIAM

Delivered and filed the
12th day of July, 2012.